UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**CORNERSTONE FINANCE COMPANY, INC.**                                **PLAINTIFF**

v.                         CASE NO. 6:11-cv-06082-RTD

**STEVE STANDRIDGE INSURANCE, INC.;**
**IDABEL REMAN, INC.;**
**WOOD LUMBER CO., INC;**
**SOUTHEAST MACHINE OF IDABEL, INC.;**
**CUSTOM LUMBER WORK, INC.;**
**STEVE STANDRIDGE; and**
**DANNY WOOD**                                                        **DEFENDANTS**

### CONSENT JUDGMENT
(As Against Idabel Reman, Inc.; Wood Lumber Co., Inc.; and Danny Wood)

Now pending before this Court is the request for entry of this Consent Judgment in favor of Plaintiff Cornerstone Finance Company, Inc. ("**Cornerstone**") and against Separate Defendant Ibabel Reman, Inc. ("**Idabel**"); Separate Defendant Wood Lumber Co., Inc. ("**Wood Lumber**"); and Danny Wood ("**Wood**"). After full and due consideration of the pleadings and exhibits filed herein, statements and representatives of counsel, agreement of the parties, and other matters of proof and law, this Court hereby **FINDS** and **ORDERS** as follows:

1.      This Court has jurisdiction over the subject matter and parties of this action. Venue is proper before this Court.

2.      Cornerstone and Idabel, Wood Lumber, and Wood have agreed to entry of this Consent Judgment. Further, the parties stipulate and agree that the debt reflected in this Consent Judgment shall be non-dischargeable, pursuant to 11 U.S.C. § 523 and other applicable provisions

of the Bankruptcy Code, in the event that Idabel, Wood Lumber, and/or Wood file for protection under the Bankruptcy Code.

**THEREFORE, IT IS CONSIDERED, ORDERED AND ADJUDGED** that Cornerstone Finance Company, Inc. is hereby granted *in personam* judgment against Idabel Reman, Inc.; Wood Lumber Co., Inc.; and Danny Wood, jointly and severally, in the amount of One Hundred Fifty Two Thousand Four Hundred Twenty-Five and 04/100 Dollars ($152,425.04), with interest accruing on the judgment from and after October 26, 2011, at a per diem accrual of Thirty-Nine and 81/100 Dollars ($39.81) until the judgment is paid in full, together with all its costs herein expended, including attorney's fees in the amount of Fifteen Thousand and 00/100 Dollars ($15,000.00), filing fee in the amount of $350.00, and service of process fees of $512.00, all of which execution and garnishment may issue.

**IT IS FURTHER CONSIDERED, ORDERED, AND ADJUDGED** that the parties stipulate and agree that the debt reflected in this Consent Judgment shall be non-dischargeable, pursuant to 11 U.S.C. § 523 and other applicable provisions of the Bankruptcy Code, in the event that Idabel, Wood Lumber, and/or Wood file for protection under the Bankruptcy Code.

**IT IS FURTHER CONSIDERED, ORDERED, AND ADJUDGED** that, as consideration of entry of this Consent Judgment, Cornerstone Finance Company, Inc. hereby waives its rights to seek punitive damages against Idabel Reman, Inc.; Wood Lumber Co., Inc.; and Danny Wood.

IT IS SO ORDERED on this 8th day of August, 2012.

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 09 2012

CHRIS R. JOHNSON, Clerk
By _____
  Deputy Clerk

-2-

APPROVED AND ENTRY REQUESTED BY:

**HOPKINS LAW FIRM**
**A Professional Association**
Attorneys at Law
1000 West Second Street
Little Rock, AR 72201
www.hopkinslawfirm.com
Telephone: (501) 375-1517
Facsimile: (501) 375-0231
Email: rcaststeel@hopkinslawfirm.com

By: _____
   **Ryan J. Caststeel**
   Arkansas Bar No. 2007212

   **Stewart Headlee**
   Arkansas Bar No. 2003091

   *Attorneys for Cornerstone Finance Company, Inc.*

JEFF POTTS LAW OFFICE
1515 East Okmulgee
Muskogee, OK 74403

By: _____
    Jeff Potts, Esq.

*Attorney for Danny Wood;*
*Idabel Reman, Inc.; and Wood Lumber Co., Inc.;*


**DANNY WOOD**

_____
Danny Wood


**IDABEL REMAN, INC.**

By: _____
    Danny Wood
    Chief Executive Officer


**WOOD LUMBER CO., INC.**

By: _____
    Danny Wood
    Chief Executive Officer