```
      IN THE UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF ARKANSAS
              HOT SPRINGS DIVISION
```

**CORNERSTONE FINANCE COMPANY,INC.**                               **PLAINTIFF**

   **VS.**              **CASE NO. 11-6082**

**STEVE STANDRIDGE INSURANCE, INC. et al.**                        **DEFENDANT**

**DEFAULT JUDGMENT BY THE CLERK**

Pursuant to Rule 55(b)(1), FRCP, it appears that judgment by default should be entered against defendant(s) SOUTHEAST MACHINE OF IDABEL, INC. based on the following:

1. Plaintiff(s) certified to personal jurisdiction and service of process and that the defendant(s) is/are not an infant, incompetent person, in active military service or the United States or its officers or agents.
2. Defendant(s) has not appeared in this action.
3. The default of defendant(s) was entered on 10/3/12.
4. The amount claimed is a sum certain in the amount of $152,425.04.

Accordingly, judgment is hereby entered in favor of plaintiff(s) in the amount of $152,425.04, plus costs of $862.00 and postjudgment interest at the rate of .18% per annum.

Date: October 19, 2012

                                      CHRISTOPHER R. JOHNSON
                                      U.S. DISTRICT CLERK

                            BY: /s/June Newland
                                Deputy Clerk